UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ZABEN, LLC, *et al.*,

                                  Plaintiffs,

       - against -

JOHN HANCOCK LIFE INSURANCE
COMPANY OF NEW YORK, *et al.*,

                                 Defendants.
----------------------------------------------------------------x

**ORDER ON MOTION TO DISMISS**

No. 23-CV-8178 (CS)

Seibel, J.

     For the reasons set forth on the record at the March 27, 2026 conference, Plaintiff

Weinstock Partners' motion to dismiss Defendant John Hancock Life Insurance Company

(U.S.A.)'s First Amended Counterclaim, (ECF No. 114), is GRANTED.

**SO ORDERED.**

Dated:  March 27, 2026
       White Plains, New York

_____
      CATHY SEIBEL, U.S.D.J.