**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZABEN, LLC, and WEINSTOCK PARTNERS LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)<br><br>Defendants. | Civil Action No. 7:23-cv-08178-CS-AEK<br><br>Application granted.  The Clerk of Court is respectfully directed to unseal ECF Nos. 141-3 and 141-4, but not the rest of ECF No. 141 (including ECF Nos. 141-1 and 141-2), which should remain sealed.<br><br>SO ORDERED.<br><br>6/1/2026       *Cathy Seibel*<br>CATHY SEIBEL, U.S.D.J. |

## DEFENDANT JHUSA'S MOTION TO MAINTAIN UNDER SEAL DOCUMENTS AND INFORMATION FILED IN CONNECTION WITH WEINSTOCK PARTNERS'S RESPONSE IN OPPOSITION TO JHUSA'S MOTION UNDER RULE 54(B) AND 28 U.S.C. § 1292(B)

Pursuant to Paragraph 12 of the Court-approved Confidentiality Agreement and Protective Order (ECF No. 55), and Rule 11(B) of the Individual Rules of Practice of Judge Cathy Seibel, John Hancock Life Insurance Company (U.S.A.) ("JHUSA") moves to maintain under seal Exhibits 1 and 2 to Weinstock Partners's Response in Opposition to JHUSA's Motion Under Rule 54(b) and 28 U.S.C. § 1292(b) and portions of the accompanying memorandum that quote Exhibits 1 and 2. *See* ECF No. 141. JHUSA's redacted version of the memorandum is attached as Exhibits A and B to this Motion.

JHUSA requests confidential treatment of non-public, commercially sensitive, and proprietary actuarial assumptions used in the pricing and valuation of JHUSA's business. As described in more detail in the memorandum filed herewith, the documents JHUSA proposes to

seal are narrow, have minimal value to the public, and will protect important interests.  JHUSA

therefore respectfully requests that the Court maintain under seal Exhibits 1 and 2 of Weinstock

Partners' Opposition and redact the memorandum's references thereto, as reflected in Exhibits A

and B to this motion.

Dated: June 1, 2026                                  */s/ Robert Kingsley Smith*

Timothy Perla (#4275178)
Robert Kingsley Smith (*pro hac vice*)
Yavor L. Nechev (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109 USA
Tel.: (617) 526-6000
Fax: (617) 526-5000
Timothy.Perla@wilmerhale.com
Robert.Smith@wilmerhale.com
Yavor.Nechev@wilmerhale.com

*Attorneys for Defendant John Hancock Life
Insurance Company (U.S.A.)*